UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DYLAN CARRERAS,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/16/2022__

21 Civ. 487 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for March 29, 2022, is ADJOURNED to **April 19, 2022**, at **10:00 a.m.**, at which time the Court shall hold a change of plea hearing for Defendant Dylan Carreras. The hearing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

    By **April 12, 2022**, counsel must advise the Court of how many spectators will attend the proceeding. The parties must advise the Court by the same date how many individuals will be seated at counsels' tables. Special accommodations may need to be made if more than **ten** unvaccinated spectators are expected to attend, or more than **three** unvaccinated individuals are expected to be seated at each counsel's table.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a KN-95, N-95, or KF-94 mask that covers their nose and mouth at all times. Bandanas, gaiters, masks with valves, surgical masks, and cloth masks are not permitted.

    SO ORDERED.

Dated: March 16, 2022
       New York, New York

                                                  _____
                                                  ANALISA TORRES
                                              United States District Judge