USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA

- v. -

DYLAN CARRERAS,

                *Defendant.*

-------------------------------------------------------------- X

**ORDER**

21 Cr. 487 (AT)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 7, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: April 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge