USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2022____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────
UNITED STATES OF AMERICA ,

      -against-

DYLAN CARRERAS,

                Defendant.
────────────────────────────────

21 Civ. 487 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing for Defendant Dylan Carreras scheduled for July 26, 2022, is ADJOURNED to **September 7, 2022**, at **4:00 p.m.**, and shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Defendant's sentencing submission is due two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

    SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge