UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DYLAN CARRERAS,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/16/2026____

21 Cr. 487 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By motion dated March 5, 2026, and received March 13, 2026, Defendant Dylan Carreras, acting *pro se*, moves this Court for "early termination of probation" under 18 U.S.C. § 3564(c). *See* ECF No. 39. It appears, however, that Carreras is currently serving a term of supervised release following a period of imprisonment. *See* Judgment at 2–3, ECF No. 34. Because the statutory provisions governing early termination of probation and early termination of supervised release are nearly identical, *see* 18 U.S.C. § 3583(e)(1) (a court may terminate supervised release after the expiration of one year of supervised release "pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation"), the Court shall construe Carreras' motion as a motion for early termination of supervised release.

By **April 6, 2026**, the Government shall respond. The Government's response shall include Carreras's probation officer's position on the motion. By **April 20, 2026**, Carreras may file a reply.

SO ORDERED.

Dated: March 16, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge