UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

DYLAN CARRERAS,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/15/2026____

21 Cr. 487 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By motion dated March 5, 2026, and received March 13, 2026, Defendant Dylan Carreras, acting *pro se*, moves this Court for early termination of supervised release. *See* Mot., ECF No. 39.[1] Probation does not oppose Carreras' motion, although the Government does. *See* Resp. at 1–2, ECF No. 41. The Court grants Carreras' motion and orders his supervised release terminated.

"[A]t any time after the expiration of one year of supervised release," a court may terminate a term of supervised release "if it is satisfied that such action is warranted by the conduct of the defendant release and the interest of justice." 18 U.S.C. § 3583(e)(1); *United States v. Key*, 602 F.3d 492 (2d Cir. 2010).[2] Carreras claims, in his motion, that he has successfully completed two years of supervised release while "fully compliant" with all conditions. *See* Mot. at 3. The Government does not argue otherwise, and notes that Probation does not oppose the request. Resp. at 2. Considering Defendant's record during supervised release, Probation's lack of opposition, and the factors listed in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e) (identifying factors to consider), the Court determines that termination of Defendant's supervised release term is warranted by his conduct and is in the interests of justice.

Accordingly, Defendant's motion is GRANTED. His term of supervised release is terminated.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 39.

SO ORDERED.

Dated: March 16, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Carreras styled his motion as a motion for termination of probation under 18 U.S.C. § 3564(c), but the Court construes it as seeking termination of supervised release under 18 U.S.C. § 3583(e)(1). *See* ECF No. 40.

[2] Section 3583(e)(1) also requires that the Court's order be in compliance with the "provisions of the Federal Rules of Criminal Procedure relating to the modification of probation." Federal Rule of Criminal Procedure 32.1 merely requires a hearing in certain circumstances which are not implicated here. *See* Fed. R. Crim. P. 32.1(c).